# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 25-50062
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
July 24, 2025

Lyle W. Cayce
Clerk

IN THE MATTER OF CARL N. MERKLE,

*Debtor*,

CARL N. MERKLE,

*Appellant*,

*versus*

JOHNNY W. THOMAS, CHAPTER 7 TRUSTEE

*Appellee*,

———————————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-1278

———————————————————————————

Before JOLLY, GRAVES, and OLDHAM, *Circuit Judges*.
PER CURIAM:[*]

Affirmed. *See* 5TH CIR. R. 47.6.

———————————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.